SAMUEL LIEBERGALL, as Administrator, etc., of GERSON LIEBERGALL, Deceased, Appellant, v. SAM KNOBEL and Another, Respondents, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MARY FLYNN, Respondent, v. ST. MARY'S HOME FOR WORKING GIRLS, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JENNIE MAURIN and FREDERICK J. MAURIN, Respondents, v. NEW YORK FLORIST SUPPLY CO., INC., Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MARY THOMPSON, Respondent, v. JACK HAWRYLKO, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ARTHUR TRUEX, Respondent, v. FRED P. HOUSE, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CLARENCE E. ARMSTRONG and LOUIS B. WEHLE, as Receivers of the Property, Assets and Effects of the ECONOMY GRATE & EQUIPMENT Co., INC., Respondents, v. FRANK J. BITZ, JR., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ALFRED HAYES, SR., as Administrator, etc., of ALFRED HAYES, JR., Deceased, Respondent, v. JOSEPH RESNIK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

TOM L. JOHNSON, Respondent, v. QUAYLE & SON CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MAX BALKIND, Appellant, v. A. J. NUTTING CORPORATION, Respondent, Impleaded with Another.*— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MAE MURRAY MDIVANI, Respondent, v. FOX THEATRES CORPORATION, Appellant, Impleaded with Others.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $7,677.70; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ROBERT SZOLD, as Trustee in Bankruptcy of the STUYVESANT NATIONAL COMPANY, INC., Appellant, v. EMBURY MACLEAN and Others, Defendants, Impleaded with DAVID G. EVANS and Others, Respondents.— Order affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

*Affd., 264 N. Y. 631.